AUSA Stephen P. Baker 312-353-1598

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
8-5-08
AUG - 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 08CR 620 |
| v.  ) | |
| ) | Magistrate Judge Jeffrey Cole |
| TIMOTHY RAMIREZ ) | |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, PHILLIP LEIBAS, personally appearing before United States Magistrate Judge JEFFREY COLE and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that TIMOTHY RAMIREZ (hereinafter "Ramirez"), has been charged by Indictment in the Western District of Texas with the following criminal offense: possession with intent to distribute cocaine, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(B).

A copy of the Indictment is attached. I have been informed through official channels that a warrant for the arrest of Ramirez has been issued pursuant to the Indictment. A copy of the arrest warrant also is attached.

_____
PHILLIP LEIBAS
Deputy U.S. Marshal
United States Marshals Service

SUBSCRIBED AND SWORN to before me this 5th day of August, 2008

_____
JEFFREY COLE
United States Magistrate Judge

U.S. Department of Justice
*United States Attorney*

**United States District Court**
**Western District of Texas**

FILED
2003 APR -2 P 12:52
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **SA03CR149FB** |
| TIMOTHY RAMIREZ, | ) |
| Defendant. | ) |

ORDER FOR BENCH WARRANT

It appearing to the Court than an indictment has been returned against the below named defendant(s), it is hereby ORDERED that warrant issue for the arrest of said defendant(s), returnable instanter to the San Antonio Division of this Court.

| Defendant | Recommended Amount of Bail |
|---|---|
| TIMOTHY RAMIREZ | $50,000 C/CS |

*Bond to be set at time defendant(s) has initial appearance before a judicial officer and after interview by an officer assigned to the Pretrial Services Office, provided if defendant is arrested outside the San Antonio Division of the Western District of Texas, it is recommended that defendant be DETAINED WITHOUT BOND.

ENTERED at San Antonio, Texas, this _2_ day of ___April___, 2003.

04/02/03
DATE

_____
UNITED STATES MAGISTRATE/~~DISTRICT~~ JUDGE

A true copy of the original. I certify.
Clerk, U.S. District Court
By _____

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
# Western District of Texas

UNITED STATES OF AMERICA

v.

TIMOTHY RAMIREZ

RECEIVED
USMS W/TX (80)
APR 0 2 2003
WARRANTS
SAN ANTONIO

## WARRANT FOR ARREST

CASE NUMBER: SA-03-CR-149-FB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ TIMOTHY RAMIREZ _____
                                                                                                  Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense) POSSESSION WITH INTENT TO DISTRIBUTE COCAINE.

**Bond to be set at time defendant has initial appearance before a judicial officer and after interview by an officer assigned to the Pre-Trial Services section of the U.S. Probation Office, provided if defendant is arrested outside the San Antonio Division of the Western District of Texas, it is recommended that DEFENDANT BE DETAINED WITHOUT BOND.

in violation of Title 21 United States Code, Section(s) 841 (a)(1) & 841 (b)(1)(B)

| Wayne Garcia | U.S. Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | April 02, 2003     San Antonio, Texas |
| | Date and Location |

DATE ISSUED: April 02, 2003

Bail fixed at $ _____ ** PLEASE SEE NOTE ** _____ by _____ Pamela A. Mathy, U.S. Magistrate Judge _____
                                                                                                                                         Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

UNITED STATES DISTRICT COURT  FILED

WESTERN DISTRICT OF TEXAS  2003 APR -2 P 12:52

SAN ANTONIO DIVISION  CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. SA03CR149 FB |
| Plaintiff, ) | |
| v. ) | |
| ) | [Vio.: 21 U.S.C. §§ 841(a)(1) |
| TIMOTHY RAMIREZ, ) | & 841(b)(1)(B): Possession With |
| ) | Intent to Distribute Cocaine.] |
| Defendant. ) | |

THE GRAND JURY CHARGES:

COUNT ONE
[21 U.S.C. § 841(a)(1)]

That on or about February 10 2003, in the Western District of Texas, Defendant,

TIMOTHY RAMIREZ,

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved in excess of 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL.

_____
FOREPERSON

JOHNNY SUTTON
United States Attorney

By: _____
CHARLIE STRAUSS
Assistant United States Attorney

A true copy of the original, I certify.
Clerk, U. S. District Court
By _____
Deputy