# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 620-1 | **DATE** | 8/5/2008 |
| **CASE TITLE** | USA vs. Timothy Ramirez | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Removal proceedings held. Defendant appears in response to arrest on 8/5/08. Helen Kim is appointed as counsel for initial proceedings only. Defendant informed of the charges against him and the maximum penalties, his right to remain silent, his right to represent himself, his right to hire his own attorney, his right to appointed counsel. Defendant waives identity hearing. The Court finds that the defendant is the person named in the arrest warrant. Defendant waives bond hearing without prejudice. Defendant is ordered detained until further order of court. Order defendant removed in custody to the Western District of Texas, San Antonio Division for further proceedings in S A03CR149 FB forthwith.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|