MHN

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of | Case Number:

USA v TIMOTHY RAMIREZ | 08CR620

08CR620

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Timothy Ramirez

*INITIAL APPEARANCE ONLY*

| NAME (Type or print) | |
|---|---|
| HELEN J. KIM | **FILED** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | AUG 05 2008 |
| s/ HELEN J. KIM | AUG 0 5 2008 |
| FIRM | |
| FEDERAL DEFENDER PROGRAM | MICHAEL W. DOBBINS |
| | CLERK, U.S. DISTRICT COURT |
| STREET ADDRESS | |
| 55 E. Monroe Street, Suite 2800 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6243248 | 312/621-8300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐ APPOINTED COUNSEL ☒ | |