HHN

**FILED**

AUG 22 2008   NF
8-22-2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>_____   18 Aug 08 |
| 1. Article Addressed to:<br><br>Mr. William G. Putnicki<br>Clerk<br>United States District Court<br>A500 Federal Building<br>727 East Durango Boulevard<br>San Antonio, TX 78206<br><br>08cr620 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7006 0100 0001 7313 4429 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |